# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:15cr00054 |
| vs. | : | District Judge Timothy S. Black |
| | | Chief Magistrate Judge Sharon L. Ovington |
| HASSAN STEVENSON, | : | |
| Defendant. | : | |

## AMENDED REPORT AND RECOMMENDATIONS[1]

This case came on for hearing on July 22, 2015.  The United States was represented by Assistant United States Attorney Sheila G. Lafferty and Defendant was represented by Attorney Cheryll A. Bennett.

The parties have entered into a plea agreement, which has been filed of record.  (Doc. #14).  The undersigned carefully inquired of Defendant regarding his understanding of the agreement as well as his competence to understand the agreement.  Having fully inquired, the undersigned Judicial Officer finds that Defendant's tendered plea of guilty to Count One of the Information is knowing, intelligent, and voluntary.  Based on the statement of facts as set forth in the plea colloquy the undersigned finds that there is a sufficient factual basis for

---

[1] Attached hereto is NOTICE to the parties regarding objections to this Report and Recommendations.

finding Defendant guilty as to Count One.

It is accordingly **RECOMMENDED** that the Court accept Defendant's plea of guilty to Count One of the Information and find Defendant guilty as charged in Count One of resisting and impeding a federal agent in violation of 18 U.S.C. §111(a) & (b), a Class C Felony.

Pending the Court's acceptance of Defendant's guilty plea, Defendant has been referred to the Probation Department for a pre-sentence investigation and PSR. It is further **RECOMMENDED** that the District Court defer acceptance of the proposed binding plea agreement until it has had the opportunity to review the PSR.


 July 23, 2015

                                               s/Sharon L. Ovington
                                               Sharon L. Ovington
                               Chief United States Magistrate Judge

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Crim. P. 59(b)(2), any party may serve and file specific, written objections to the proposed findings and recommendations within **FOURTEEN** days after being served with this Report and Recommendations.  Pursuant to Fed. R. Crim. P. 49(c) and Fed. R. Civ. P. 6(d), this period is extended to **SEVENTEEN** days because this Report is being served by one of the methods of service listed in Fed. R. Civ. P. 5(b)(2)(C), (D), (E), or (F).  Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections.  If the Report and Recommendation is based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs.  A party may respond to another party's objections within **FOURTEEN** days after being served with a copy thereof.

Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947, 949-50 (6th Cir. 1981).