IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HASSAN STEVENSON,

    Defendant.

Case No. 3:15cr54

JUDGE WALTER H. RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF HIS SUPERVISED RELEASE WHICH BEGAN NOVEMBER 2, 2017, REVOKING SAME AND IMPOSING SENTENCE, WITH NO PERIOD OF SUPERVISED RELEASE TO FOLLOW; NEITHER COUNSEL FOR THE GOVERNMENT NOR FOR THE DEFENDANT HAD ANY PROCEDURAL OR SUBSTANTIVE OBJECTIONS TO THIS COURT'S DISPOSITION; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On August 14, 2019, the Defendant appeared in open Court and admitted to allegations set forth against him in a Petition directing him to show cause why his supervised release, a status that began November 2, 2017, should not be revoked. The Court accepted the admissions and found the Defendant in violation of said supervised release.

Immediately thereafter, pursuant to the record made in open Court on the aforesaid August 14, 2019, the Court revoked the Defendant's supervised release and remanded him to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of 24 months, to be served consecutively to the aggregate 36-month sentence imposed in Case No. 3:18cr108, also on the aforesaid August 14, 2019. There will be no period of supervised release

to follow the 24-month sentence imposed, upon revocation of supervised release in the captioned cause.

Neither counsel for the government nor for the Defendant had any procedural or substantive objections to this Court's disposition.

The Defendant was orally explained his right of appeal and he orally indicated an understanding of same.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

February 13, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Cameron Williams, USPO